No. 67895.—Gallagher & Ascher Co. *v.* United States, protest 58/25403–10165 (Chicago).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of artificial teeth similar in all material respects to those the subject of *Maher-App & Company* v. *United States* (44 CCPA 22, C.A.D. 630), the claim of the plaintiff was sustained.